**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00789-CV
_____

**FALCON CREST AVIATION SUPPLY, INC., Appellant**

**V.**

**JET MANAGEMENT, L.L.C., MIKE HANZEL, W.C.S. ONE, L.L.C. AND HOSSEIN TARAGHI, Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-53397**

---

## O R D E R

Appellant's brief was due November 17, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **January 17, 2012**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM